

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00223-CV

Maria Lidia **GONZALEZ** et al,
Appellants

v.

**ESTATE OF IDELFONSO RAMIREZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6215
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

The appellee's unopposed first motion for extension of time to file brief is hereby GRANTED. Time is extended to May 7, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court